United States District Court
Southern District of Texas
**ENTERED**
October 19, 2017
David J. Bradley, Clerk

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARRIE JOHNSON, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | Cause No. 4:17-CV-01301 |
| v. | § § | JURY TRIAL DEMANDED |
| MERIDIAN CARE, INC., | § § | |
| Defendant. | § § | |

## DEFAULT JUDGMENT

The Court, having considered Plaintiff Carrie Johnson's Motion for Default Judgment, the applicable law, and the arguments of counsel, if any,

FINDS that Defendant Meridian Care, Inc. was duly served with process on July 20, 2017, that they failed to appear, and that they wholly made default. The Court also

FINDS that the citation with the officer's return has been on file for more than ten (10) days exclusive of this date and the day of service. Accordingly, it is

ORDERED that Plaintiff Carrie Johnson's Motion for Default Judgment is hereby GRANTED. It is further

ORDERED that Plaintiff Carrie Johnson recover from Defendant Meridian Care, Inc. the sum of $17,008.50 plus attorney's fees and costs in the amount of $5,468.30, with costs of suit to be taxed against Defendant Meridian Care, Inc., prejudgment interest at the rate of _____% per annum from the date of filing until judgment and postjudgment interest at the rate of **1.41**% per annum from entry of judgment until paid.

SIGNED this __19__ day of __Oct.__ in the year 2017 at Houston, Texas.

_David Hittner_
David Hittner
United States District Judge