IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARRIE JOHNSON, Individually and On Behalf of All Others Similarly | § § § | |
| Plaintiff, | § § | |
| V. | § § | |
| JPMORGAN CHASE BANK, N.A. | § | Civil Action No. 4:17-CV-01301 |
| Garnishee-Defendant, | § § § | |
| and | § § | |
| MERIDIAN CARE, INC. | § § | |
| Judgment-Defendant | § § | |

## JUDGMENT OF GARNISHMENT

Came on Plaintiff/Garnishor Carrie Johnson, which, following the filing of an Original Answer herein by Garnishee JPMorgan Chase Bank, N.A. ("Chase Bank"), submitted the following judgment in this cause. The Court, taking notice that: (1) Plaintiff warrants that it has properly served Judgment-Defendant Meridian Care, Inc. with copies of the garnishment papers herein in compliance with FED. R. CIV. P. 64 and TEX. R. CIV. P. 663a; and (2) on July 26, 2018, the Court denied Judgment-Defendant's Motion to Vacate Default Judgment & Post-Judgment Writ of Garnishment, is of the opinion that judgment should be rendered in accordance with the pleadings on file and as set forth below. Therefore, it is

**ADJUDGED, ORDERED and DECREED** that Plaintiff/Garnishor Carrie

Johnson recover from Chase Bank the sum of TWENTY-TWO THOUSAND, FOUR HUNDRED SEVENTY-SIX AND 80/100 DOLLARS ($22,476.80) from the funds of Judgment-Defendant that Chase Bank is holding pursuant to the Writ of Garnishment issued in this cause, which sum is to be credited toward the Judgment in the above-referenced case, rendered in this Court in favor of Plaintiff/Garnishor and against Judgment-Defendant on October 19, 2017.  It is further

**ADJUDGED, ORDERED and DECREED** that Chase Bank is awarded judgment for its costs and expenses, including a reasonable attorney's fee, pursuant to FED. R. CIV. P.  64 and TEX. R. CIV. P. 677, in the sum of SEVEN HUNDRED AND FIFTY AND NO/100 DOLLARS ($750.00) against Judgment-Defendant to be paid from the funds of Judgment-Defendant which Chase Bank is holding pursuant to the Writ of Garnishment issued in this cause. It is further

**ORDERED** that upon the payment of the sums set forth above, any other funds and effects being held by Chase Bank pursuant to the Writ of Garnishment issued in this cause are to be released. It is further

**ADJUDGED, ORDERED and DECREED** that Chase Bank is discharged of any further liability to Plaintiff/Garnishor and Judgment-Defendant to the extent of the funds garnished herein. It is further

**ORDERED** that if this judgment is appealed by the Judgment-Defendant, or set aside, reformed, or reversed by any court of competent jurisdiction, Plaintiff/Garnishor and Garnishee shall immediately upon such appeal, setting aside, reformation or reversal, return all funds awarded them to the registry of this Court. It is further

**ORDERED** that except as set forth above, all costs of court herein are taxed against the party incurring same. This judgment disposes of all claims and all parties, is appealable, and therefore is a final disposition of this cause.

**SIGNED** this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Approved and submitted for entry:

_____
Melissa Moore
Texas Bar No. 24013189
S.D. Tex. Bar No. 25122
MOORE & ASSOCIATES
Attorneys for Plaintiff/Garnishor


Approved as to form only:

_____
Truman E. Spring, Jr.
Texas Bar No. 18966550
S.D. Tex. Bar No. 16419

SPRING LAW FIRM
Attorney for Garnishee